UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-CR-402-D

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. STEVEN JEBODIAH WIESE,

     Defendant.

_____

## MINUTE ORDER
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     A supervised release violation hearing is set for **Monday, March 15, 2010, at 11:00 a.m.**

     Dated:  February 3, 2010